AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| RUSCO Home Improvements, LLC <br><br> *Plaintiff(s)* <br> v. <br> Thomas Farrell, Trustee of Contractors' and Homeowners' Supply Company; <br> Contractors' and Home Owners Supply Corporation; <br> Thomas Farrell <br> *Defendant(s)* | Civil Action No. JKB-16-2493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Farrell
 716 Sylvan Avenue
 Cumberland, Maryland 21502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey K. Gordon, Esq.
 Berman, Sobin, Gross, Feldman & Darby LLP
 481 N. Frederick Avenue, Suite 300
 Gaithersburg, Maryland 20877

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/6/2016

Signature of *[signature]*

*[Seal of the United States District Court for the District of Maryland]*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| RUSCO Home Improvements, LLC <br><br> *Plaintiff(s)* <br> v. <br> Thomas Farrell, Trustee of Contractors' and Homeowners' Supply Company; Contractors' and Home Owners Supply Corporation; Thomas Farrell <br> *Defendant(s)* | Civil Action No.  JKB-16-2493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Contractors' and Homeowners' Supply Corporation
414 N. Centre Street, Cumberland, Maryland 21502-2204

Resident Agent:  Thomas Farrell
716 Sylvan Avenue
Cumberland, Maryland 21502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey K. Gordon, Esq.
Berman, Sobin, Gross, Feldman & Darby LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7/6/2016

Signature o,

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| RUSCO Home Improvements, LLC <br><br> *Plaintiff(s)* <br> v. <br> Thomas Farrell, Trustee of Contractors' and Homeowners' Supply Company; <br> Contractors' and Home Owners Supply Corporation; <br> Thomas Farrell <br> *Defendant(s)* | Civil Action No. JKB-16-2493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas Farrell, Trustee of Contractors' and Homeowners' Supply Company
414 N. Centre Street, Cumberland, Maryland 21502-2204

Resident Agent: Thomas Farrell
716 Sylvan Avenue
Cumberland, Maryland 21502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey K. Gordon, Esq.
Berman, Sobin, Gross, Feldman & Darby LLP
481 N. Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/6/2016

Signature o